**Fill in this information to identify the case:**

Debtor name: **315 West REAR St LLC**

United States Bankruptcy Court for the: DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known): **23-00299-ELG**

☐ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................................... $ **680,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................................... $ **0.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................................... $ **680,000.00**

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ **279,194.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ **2,015.50**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ **538,612.60**

4. **Total liabilities** ............................................................................................................................. $ **819,822.10**
   Lines 2 + 3a + 3b