```
DC Office of Tax and Revenue
P.O. Box 96165
Washington, DC 20090-6165


EKM Law PLLC
2 Massachusetts Avenue, NE #76607
Washington, DC 20013


Internal Revenue Service
Centralized Insolvency Operati
Post Office Box 7346
Philadelphia, PA 19101


Nuevas Ideas Utilities, LLC
1921 East West Highway, Apt. 204
Silver Spring, MD 20910


PHL Trust
10000 SW 231st Lane
Miami, FL 33190


Russell Drazin
Pardo & Drazin LLC
4400 Jennifer Street NW
Suite 2
Washington, DC 20015


SF NU, LLC
8401 Greensboro Drive
Suite 960
Mc Lean, VA 22102


Thelan, Inc.
P.O. Box 77304
Washington, DC 20013
```

WCP Fund I, LLC
8401 Greensboro Drive
Suite 960
Mc Lean, VA 22102


Zurich in North America
1299 Zurich Way
Schaumburg, IL 60196