# United States Bankruptcy Court
### District of District of Columbia

In re: **315 West REAR St LLC**
Debtor(s)

Case No. **23-00299-ELG**
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **315 West REAR St LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Johannes Group, LLC
712 H Street NE, #849
Washington, DC 20002

☐ None [*Check if applicable*]

**October 31, 2023**
Date

**/s/ Kristen E. Burgers**
**Kristen E. Burgers DC Bar No. 500674**
Signature of Attorney or Litigant
Counsel for **315 West REAR St LLC**
**Hirschler Fleischer PC**
**1676 International Drive**
**Suite 1350**
**Tysons, VA 22102**
**703-584-8364 Fax:703-584-8901**
**kburgers@hirschlerlaw.com**