**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| In re: ) | |
| ) | Case No. 23-00298-ELG |
| 2116 4th STREET LLC, ) | |
| ) | (Chapter 11) |
| Debtor. ) | |

**NOTICE OF OPPORTUNITY TO OBJECT TO DEBTOR'S APPLICATION
TO EMPLOY HIRSCHLER FLEISCHER, PC AS BANKRUPTCY COUNSEL**

PLEASE TAKE NOTICE that Debtor 2116 4th Street LLC ("**Debtor**") has filed an Application to Employ Hirschler Fleischer, PC as Bankruptcy Counsel ("**Application**") in the above-captioned chapter 11 case, pursuant to which the Debtor seeks to employ the law firm of Hirschler Fleischer, PC ("**HF**") as its bankruptcy counsel in this case.

<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Application, or if you want the Court to consider your views on the Application, then on or before **December 1, 2023**, you or your attorney must file with the Court a written objection to the Application, together with the proposed order required by Local Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W.,

Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
        kburgers@hirschleraw.com

*Proposed Counsel to the Debtor*

Washington, D.C. 20001. You may append affidavits and documents in support of your objection.

If you mail your objection to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

You must also mail a copy of your objection to: Kristen E. Burgers, Esquire, Hirschler Fleischer, PC, 1676 International Drive, Suite 1350, Tysons, Virginia 22102, proposed counsel for Debtor.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS BY THE DEADLINE REFERENCED ABOVE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE APPLICATION AND MAY ENTER AN ORDER GRANTING THE RELIEF REQUESTED IN THE APPLICATION.  THE COURT MAY GRANT THE APPLICATION WITHOUT A HEARING IF THE OBJECTION FILED STATES INADEQUATE GROUNDS FOR DENIAL OF THE RELIEF SOUGHT IN THE APPLICATION.

Parties in interest with questions may contact the undersigned.

Dated:  November 14, 2023    Respectfully submitted,

*/s/ Kristen E. Burgers*
Stephen E. Leach (D.C. Bar No. 925735)
Kristen E. Burgers (D.C. Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia  22102
Telephone:    (703) 584-8900
Telecopier:    (703) 584-8901
Email:    sleach@hirschlerlaw.com
                kburgers@hirschlerlaw.com

*Proposed Counsel to the Debtor*

- 3 -

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of November, 2023, a copy of the foregoing Notice of Opportunity to Object to Debtor's Application to Employ Hirschler Fleischer, PC as Bankruptcy Counsel was served by operation of this Court's CM/ECF electronic case management system on all parties identified on the "ECF Service List" attached hereto as <u>Exhibit 1</u>; (ii) by first class U.S. mail, postage prepaid, on the parties identified on the "First Class Mail Service List" attached hereto as <u>Exhibit 2</u>.

*/s/ Kristen E. Burgers*
Kristen E. Burgers

# **EXHIBIT 1**

## **ECF SERVICE LIST**

**Electronic Mail Notice List** - Parties in the case only

- Kristen S. Eustis:            Kristen.S.Eustis@usdoj.gov
- Sara Kathryn Mayson:          sara.kathryn.mayson@usdoj
- Maurice B. VerStandig:        mac@mbvesq.com

# EXHIBIT 2

### FIRST CLASS MAIL SERVICE LIST

**DC Office of Tax and Revenue**
**PO Box 96165**
**Washington, DC 20090-6165**

**Internal Revenue Service**
**Centralized Insolvency Operations**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

**Russell Drazin**
**Pardo & Drazin LLC**
**4400 Jennifer Street, NW, #2**
**Washington, DC 20015-2089**

**SF NU, LLC**
**8401 Greensboro Drive, Suite 960**
**McLean, VA 22102-5149**

**Victor Saeh**
**c/o Smith Seckman Reid, Inc.**
**900 Threadneedle Street**
**Ashford 7, Suite 600**
**Houston, TX 77079-2998**

**Granlan, LLC**
**10000 SW 231st Lane**
**Miami, FL 33190**

**Travelers**
**Obie Insurance Services, LLC**
**1134 West Hubbard St., Fl. 3**
**Chicago, IL 60642**

**WCP Fund I LLC**
**c/o Maurice B. VerStandig**
**The VerStandig Law Firm LLC**
**1452 W. Horizon Ridge Pkwy, #665**
**Henderson, NV 89012**

**U.S. Trustee for Region Four**
**U.S. Trustee's Office**
**1725 Duke Street, Suite 650**
**Alexandria, VA 22314**

16605623.1  048852.00001