# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-00298-ELG |
| 2116 4th STREET LLC, ) | |
| ) | (Chapter 11) |
| Debtor. ) | |

## NOTICE OF NEWLY ADDED CREDITORS

NOTICE IS HEREBY GIVEN, in accordance with Local Bankruptcy Rule 1009-2, that the creditors identified on Exhibit A were newly added to the creditor matrix when 2116 4th Street LLC, the debtor and debtor-in-possession herein, filed its Schedule E/F [Docket No. 13] on October 31, 2023. The correct address for each such creditor is listed on Exhibit A.

Counsel hereby requests that the addresses for these creditors be updated in the Court's records. Counsel has sent to these creditors at the address listed on Exhibit A the Notice of Chapter 11 Filing [Docket No. 5] and all documents which are required to be sent under Local Rule 1009-2.

Dated: November 14, 2023                                                  Respectfully submitted,

*/s/ Kristen E. Burgers*
Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Phone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
kburgers@hirschlerlaw.com

*Proposed Counsel to the Debtor*

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of November, 2023, a copy of the foregoing Notice of Newly Added Creditor was served via this Court's CM/ECF electronic filing service on all parties entitled to receive notice thereby and via first-class, postage prepaid, on the party identified on Exhibit A.

*/s/ Kristen E. Burgers*
Kristen E. Burgers

## EXHIBIT A

**Creditors**

Granlan, LLC
10000 SW 231st Lane
Miami, FL 33190

Travelers
Obie Insurance Services, LLC
1134 West Hubbard St., Fl. 3
Chicago, IL 60642