**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| | )   Case No. 23-00299-ELG |
| 315 WEST REAR ST LLC, | ) |
| | )   (Chapter 11) |
| Debtor. | ) |
| | ) |

**ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY**
**HIRSCHLER FLEISCHER, PC AS BANKRUPTCY COUNSEL**

UPON CONSIDERATION of the Debtor's Application to Employ Hirschler Fleischer, PC

as Bankruptcy Counsel (the "**Application**"), by which 315 West REAR St LLC, the debtor and

debtor-in-possession herein (the "**Debtor**"), seeks to employ the law firm of Hirschler Fleischer

("**HF**") as its bankruptcy counsel in this chapter 11 case, as is more fully set forth in the Application;

and upon consideration of the Verified Statement of Kristen E. Burgers, a principal of HF (the

Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
       kburgers@hirschleraw.com

*Proposed Counsel to the Debtor*

"**Burgers Declaration**"); and the Court finding, upon the representations made in the Application and the Burgers Declaration, that HF represents or holds no interest adverse to the Debtor or its estate as to the matters upon which it is to be engaged, and is a disinterested party as contemplated by section 101(14) of the United States Bankruptcy Code; and due and proper notice of the Application having been provided, and the Court finding that no other or further notice need be provided; and it appearing that the employment of HF as sought in the Application is necessary and in the best interests of the Debtor, its creditors and other parties in interest; and no objections having been filed or any objections having been overruled; and after due deliberation and finding good cause, it is,

ORDERED, that pursuant to section 327(a) of the Bankruptcy Code, the Debtor is authorized to employ HF as its bankruptcy counsel upon the terms and conditions set forth in the Application, effective as of October 17, 2023; and it is further

ORDERED, that HF shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, and the Court's Local Bankruptcy Rules.

WE ASK FOR THIS:

*/s/ Kristen E. Burgers*
Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Phone:  (703) 584-8900
Facsimile:  (703) 584-8901
Email:  sleach@hirschlerlaw.com
        kburgers@hirschlerlaw.com

*Proposed Counsel to the Debtor*

SEEN AND NO OBJECTION:

_____
Sara-Kathryn Mason, Esq.
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314


Copies to:

  Stephen E. Leach
  Kristen E. Burgers
  HIRSCHLER FLEISCHER, PC
  1676 International Drive, Suite 1350
  Tysons, Virginia 22102

  Sara-Kathryn Mason, Esq.
  Office of the United States Trustee
  1725 Duke Street, Suite 650
  Alexandria, VA 22314

  All attorneys who have entered an appearance and who are registered e-filers