**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| In re:  )<br>  )<br>315 WEST REAR ST LLC,  )<br>  )<br>Debtor.  )<br>  ) | Case No. 23-00298-ELG<br><br>(Chapter 11) |

**NOTICE OF OPPORTUNITY TO OBJECT TO DEBTOR'S APPLICATION
TO EMPLOY HIRSCHLER FLEISCHER, PC AS BANKRUPTCY COUNSEL**

PLEASE TAKE NOTICE that Debtor 315 West REAR St LLC ("**Debtor**") has filed an Application to Employ Hirschler Fleischer, PC as Bankruptcy Counsel ("**Application**") in the above-captioned chapter 11 case, pursuant to which the Debtor seeks to employ the law firm of Hirschler Fleischer, PC ("**HF**") as its bankruptcy counsel in this case.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Application, or if you want the Court to consider your views on the Application, then on or before **December 1, 2023**, you or your attorney must file with the Court a written objection to the Application, together with the proposed order required by Local Rule 9072-1.  The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. You may append affidavits and documents in support of your objection.

Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:  (703) 584-8900
Facsimile:  (703) 584-8901
Email:  sleach@hirschlerlaw.com
     kburgers@hirschleraw.com

*Proposed Counsel to the Debtor*

If you mail your objection to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

You must also mail a copy of your objection to: Kristen E. Burgers, Esquire, Hirschler Fleischer, PC, 1676 International Drive, Suite 1350, Tysons, Virginia 22102, proposed counsel for Debtor.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS BY THE DEADLINE REFERENCED ABOVE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE APPLICATION AND MAY ENTER AN ORDER GRANTING THE RELIEF REQUESTED IN THE APPLICATION.  THE COURT MAY GRANT THE APPLICATION WITHOUT A HEARING IF THE OBJECTION FILED STATES INADEQUATE GROUNDS FOR DENIAL OF THE RELIEF SOUGHT IN THE APPLICATION.

Parties in interest with questions may contact the undersigned.

Dated:  November 14, 2023            Respectfully submitted,

*/s/ Kristen E. Burgers*
Stephen E. Leach (D.C. Bar No. 925735)
Kristen E. Burgers (D.C. Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia  22102
Telephone:    (703) 584-8900
Telecopier:    (703) 584-8901
Email:            sleach@hirschlerlaw.com
                      kburgers@hirschlerlaw.com

*Proposed Counsel to the Debtor*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of November , 2023, a copy of the foregoing Notice of Opportunity to Object to Debtor's Application to Employ Hirschler Fleischer, PC as Bankruptcy Counsel was served by operation of this Court's CM/ECF electronic case management system on all parties identified on the "ECF Service List" attached hereto as Exhibit 1; (ii) by first class U.S. mail, postage prepaid, on the parties identified on the "First Class Mail Service List" attached hereto as Exhibit 2.

*/s/ Kristen E. Burgers*
Kristen E. Burgers

# EXHIBIT 1

## ECF SERVICE LIST

**Electronic Mail Notice List** - Parties in the case only

- Kristen S. Eustis:         Kristen.S.Eustis@usdoj.gov
- Sara Kathryn Mayson:   sara.kathryn.mayson@usdoj
- Maurice B. VerStandig:  mac@mbvesq.com

# EXHIBIT 2

### FIRST CLASS MAIL SERVICE LIST

DC Office of Tax and Revenue
PO Box 96165
Washington, DC 20090-6165

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Russell Drazin
Pardo & Drazin LLC
4400 Jennifer Street, NW, #2
Washington, DC 20015-2089

SF NU, LLC
8401 Greensboro Drive, Suite 960
McLean, VA 22102-5149

Victor Saeh
2414 Watts Street
Houston, TX 77030

PHL Trust
10000 SW 231st Lane
Miami, FL 33190

Thelan Inc.
P.O. Box 77304
Washington, DC 20013

EKM Law PLLC
2 Massachusetts Ave., NE #76607
Washington, DC 20013

Nuevas Ideas Utilities
1921 East West Highway, Apt. 204
Silver Spring, MD 20910

WCF Fund I LLC
c/o Maurice B. VerStandig
The VerStandig Law Firm LLC
1452 W. Horizon Ridge Parkway, #665
Henderson, NV 89012

U.S. Trustee for Region Four
U.S. Trustee's Office
1725 Duke Street, Suite 650
Alexandria, VA 22314

Zurich in North America
1299 Zurich Way
Schaumburg, IL 60196

16665129.1  048848.00001