**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| In re:                                                   ) | |
| )  | Case No. 23-00298-ELG |
| 315 WEST REAR ST LLC,                         ) | |
| )  | (Chapter 11) |
| Debtor.                        ) | |
| )  | |

**NOTICE OF NEWLY ADDED CREDITORS**

NOTICE IS HEREBY GIVEN, in accordance with Local Bankruptcy Rule 1009-2, that

the creditors identified on Exhibit A were newly added to the creditor matrix when 315 West

REAR St LLC, the debtor and debtor-in-possession herein, filed its Schedule E/F [Docket No.

13] on October 31, 2023.  The correct address for each such creditor is listed on Exhibit A.

Counsel hereby requests that the addresses for these creditors be updated in the Court's

records.  Counsel has sent to each of these creditors at the address listed on Exhibit A the Notice

of Chapter 11 Filing [Docket No. 5] and all documents which are required to be sent under Local

Rule 1009-2.

Dated: November 14, 2023                                        Respectfully submitted,

*/s/ Kristen E. Burgers*
Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Phone:  (703) 584-8900
Facsimile:  (703) 584-8901
Email:  sleach@hirschlerlaw.com
          kburgers@hirschlerlaw.com

*Proposed Counsel to the Debtor*

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of November, 2023, a copy of the foregoing

Notice of Newly Added Creditors was served via this Court's CM/ECF electronic filing service

on all parties entitled to receive notice thereby and via first-class, postage prepaid, on the parties

identified on Exhibit A.


/s/ Kristen E. Burgers
Kristen E. Burgers

## EXHIBIT A

**Creditors**

EKM Law PLLC
2 Massachusetts Ave., NE #76607
Washington, DC 20013

Nuevas Ideas Utilities
1921 East West Highway, Apt. 204
Silver Spring, MD 20910

Zurich in North America
1299 Zurich Way
Schaumburg, IL 60196