## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | |
| ) | Case No. 23-00299-ELG |
| 315 WEST REAR ST LLC, ) | |
| ) | (Chapter 11) |
| Debtor. ) | |
| ) | |

### NOTICE OF CHANGE OF CREDITOR ADDRESS

NOTICE IS HEREBY GIVEN, in accordance with Local Bankruptcy Rule 1009-2, that for the creditors identified on Exhibit A, the addresses of such creditors appearing in the creditor matrix is no longer correct.  The correct address for each such creditor was listed on the Schedule E/F [Docket No. 13] filed by 315 West REAR St LLC, the debtor and debtor-in-possession herein, on October 31, 2023, and is listed on Exhibit A.

Counsel hereby requests that the address for these creditors be updated in the Court's records.  Counsel has sent to these creditors at such creditor's address listed on Exhibit A the Notice of Chapter 11 Filing [Docket No. 5] and all documents which are required to be sent under Local Rule 1009-2.

Dated: November 14, 2023                              Respectfully submitted,

/s/ Kristen E. Burgers
Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Phone:  (703) 584-8900
Facsimile:  (703) 584-8901
Email:  sleach@hirschlerlaw.com
          kburgers@hirschlerlaw.com

*Proposed Counsel to the Debtor*

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of November, 2023, a copy of the foregoing Notice of Change of Creditor Address was served via this Court's CM/ECF electronic filing service on all parties entitled to receive notice thereby and via first-class, postage prepaid, on the parties identified in Exhibit A.

> */s/ Kristen E. Burgers*
> Kristen E. Burgers

## **EXHIBIT A**

### **Creditors**

PHL Trust
10000 SW 231st Lane
Miami, FL 33190

Thelan, Inc.
P.O. Box 77304
Washington, D.C. 20013

16665134.1  048848.00001