**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>2116 4th STREET LLC,<br><br>    Debtor. | Case No. 23-00298-ELG<br><br>(Chapter 11) |
| In re:<br><br>315 WEST REAR ST LLC,<br><br>    Debtor. | Case No. 23-00299-ELG<br><br>(Chapter 11) |

**ORDER APPROVING SETTLEMENT AGREEMENT RESOLVING
<u>THE SECURED CLAIMS OF WCP FUND I, LLC</u>**

This matter came before the Court on the Joint Motion for Entry of an Order Approving

Settlement Agreement Resolving the Secured Claims of WCP Fund I, LLC (the "**Settlement**

---

Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: kburgers@hirschlerlaw.com

*Counsel to the Debtor*

**Motion**") [Docket No. ___] pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure filed by 2116 4th Street LLC ("**2116 4th Street**") and 315 West REAR St LLC ("**315 West**"), each a debtor and debtor-in-possession in the above-captioned cases, as applicable (together, the "**Debtors**"), whereby the Debtors sought approval of a settlement agreement resolving the secured claims of WCP Fund I, LLC (the "**Lender**"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the relief requested in the Settlement Motion constituting a core proceeding under 28 U.S.C. §157(b); and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and notice of the Settlement Motion having been adequate and appropriate; and the Court having held a hearing on the Settlement Motion; and no objections to the Settlement Motion having been made; and the Court finding that the settlement agreement as set forth in the Settlement Motion is the product of good faith, arm's length negotiations by the Debtors and the Lender; and the Court further finding that approval of the settlement agreement is in the best interest of the Debtors, creditors, and estates; and upon the record before the Court; now, therefore,

IT IS ORDERED THAT:

1.  The Settlement Motion is granted.

2.  The Lender shall have an allowed secured claim against 2116 4th Street in the amount of $1,621,395 and an allowed secured claim against 315 West in the amount of $478,605, such that the aggregate amount of the Lender's secured claims against the Debtors equals $2,100,000.

3.  The Lender shall also have a secured claim against 315 West in the amount of $1,228.86 per day, which is the per diem default rate of interest on both Loans[1], for each day

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such term in the Settlement Motion.

- 2 -

commencing on February 16, 2024 through the day of closing on the refinancing of the Loans and the payment in full of Lender's allowed secured claims.

4. The Debtors are authorized and directed to pay the allowed secured claims of Lender immediately from the proceeds of the refinancing of the Loans.

5. The Debtors and the Lender shall release and forever discharge one another, and their respective members, agents, employees, directors, managers, successors, and assigns, from any and all claims, causes of action, or obligations, known or unknown, existing as of the date of this Order, related to the Loans.

6. The Settlement shall only become effective if the refinancing closes and the Lender's allowed secured claims are paid in full no later than March 8, 2024. If the refinancing does not close and the Lender's allowed secured claims are not paid in full on or before March 8, 2024, the Settlement shall be deemed void and of no further effect.

7. This Order and the relief authorized herein shall become effective immediately upon authorization and approval by the Court and shall not be subject to the stay of execution pursuant to Rule 6004(h) of the Federal Rules of Bankruptcy Procedure.

*REMAINDER OF PAGE INTENTIONALLY BLANK*

WE ASK FOR THIS:

*/s/ Kristen E. Burgers*
Kristen E. Burgers (DC Bar No. 500674)
Stephen E. Leach (DC Bar No. 925735)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia  22102
Telephone:     (703) 584-8900
Facsimile:      (703) 584-8901
Email:            kburgers@hirschlerlaw.com

*Counsel to the Debtors*


SEEN AND AGREED:

*/s/*
Maurice B. VerStandig (DC Bar No. ____)
The VerStandig Law Firm LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012
Telephone: (301) 444-4600
Facsimile: (301) 444-4600
E-mail:  mac@mbvesq.com

*Counsel to WCP Fund I, LLC*



Copies to:

Stephen E. Leach, Esq.
Kristen E. Burgers, Esq.
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102

Maurice B. VerStandig
The VerStandig Law Firm LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012


Sara-Kathryn Mayson

- 4 -

- 5 -

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

All attorneys who have entered an appearance and who are registered e-filers

All entities on the Court's mailing list

**END OF ORDER**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of February, 2024, a copy of the foregoing Joint Motion for Entry of an Order Approving Settlement Agreement Resolving the Secured Claims of WCP Fund I, LLC, along with all attachments thereto, was served by operation of this Court's CM/ECF electronic case management system on all parties identified on the "ECF Service List" attached hereto as Exhibit 1; (ii) by first class U.S. mail, postage prepaid, on the parties identified on the "First Class Mail Service List" attached hereto as Exhibit 2.

*/s/ Kristen E. Burgers*
Kristen E. Burgers

# EXHIBIT 1

### ECF SERVICE LIST

**Electronic Mail Notice List** - Parties in the case only

- **Kristen S. Eustis**:           Kristen.S.Eustis@usdoj.gov
- **Sara Kathryn Mayson**:  sara.kathryn.mayson@usdoj
- **Maurice B. VerStandig**: mac@mbvesq.com

# EXHIBIT 2

### FIRST CLASS MAIL SERVICE LIST

| | | |
|---|---|---|
| DC Office of Tax and Revenue<br>PO Box 96165<br>Washington, DC 20090-6165 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | U.S. Trustee for Region Four<br>U.S. Trustee's Office<br>1725 Duke Street, Suite 650<br>Alexandria, VA 22314 |
| Travelers<br>Obie Insurance Services, LLC<br>1134 West Hubbard St., Fl. 3<br>Chicago, IL 60642 | Victor Saeh<br>2414 Watts Street<br>Houston, TX 77030 | Granlan, LLC<br>10000 SW 231st Lane<br>Miami, FL 33190 |
| PHL Trust<br>10000 SW 231st Lane<br>Miami, FL 33190 | Thelan Inc.<br>P.O. Box 77304<br>Washington, DC 20013 | EKM Law PLLC<br>2 Massachusetts Ave., NE #76607<br>Washington, DC 20013 |
| Nueva Ideas Utilities<br>1921 East West Highway, Apt. 204<br>Silver Spring, MD 20910 | Zurich in North America<br>1299 Zurich Way<br>Schaumburg, IL 60196 | |

16963541.1  048852.00001