# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) Case No. 23-00298-ELG |
| 2116 4th STREET LLC, | ) |
| | ) (Chapter 11) |
| Debtor. | ) |
| | ) |
| In re: | ) |
| | ) Case No. 23-00299-ELG |
| 315 WEST REAR ST LLC, | ) |
| | ) (Chapter 11) |
| Debtor. | ) |

## PRAECIPE RE EMERGENCY MATTER
## PURSUANT TO LOCAL BANKRUPTCY RULE 5070-1(B)

In connection with the motion (the "**Motion**") filed by 2116 4th Street LLC and 315 West REAR St LLC, each a debtor and debtor-in-possession in the above-captioned cases, as applicable (together, the "**Debtors**"), for the entry of an order setting an expedited hearing on (a) the Motion for Authorization to Obtain Post-Petition Secured Financing (the "**Financing Motion**") and (b) the Joint Motion for Entry of an Order Approving Settlement Agreement Resolving the Secured Claims of WCP Fund I, LLC (the "**Settlement Motion**" and together with the Financing Motion, the "**Substantive Motions**"), the Debtors state that the Motion, along with the Substantive Motions identified in the proposed notice attached to the Motion, requires a hearing before Friday, March 1, 2024, for reasons set forth in the Motion.

Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
      kburgers@hirschleraw.com

*Counsel to the Debtors*

Dated: February 28, 2024                Respectfully submitted,

*/s/ Kristen E. Burgers*
Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Phone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
           kburgers@hirschlerlaw.com

*Counsel to the Debtors*

16963557.1  048852.00001