# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>2116 4th STREET LLC,<br><br>    Debtor. | Case No. 23-00298-ELG<br><br>(Chapter 11) |
| In re:<br><br>315 WEST REAR ST LLC,<br><br>    Debtor. | Case No. 23-00299-ELG<br><br>(Chapter 11) |

**NOTICE OF HEARING ON AND OPPORTUNITY TO OBJECT TO (I) DEBTORS' MOTION FOR AUTHORIZATION TO OBTAIN POST-PETITION SECURED FINANCING AND (II) JOINT MOTION FOR ENTRY OF AN ORDER APPROVING SETTLEMENT AGREEMENT RESOLVING THE SECURED CLAIMS OF WCP FUND I, LLC**

    **PLEASE TAKE NOTICE** that 2116 4th Street LLC and 315 West REAR St LLC, each a debtor and debtor-in-possession in the above-captioned cases, as applicable (together, the "**Debtors**") have filed (a) the Motion for Authorization to Obtain Post-Petition Secured Financing (the "**Financing Motion**") and (b) the Joint Motion for Entry of an Order Approving Settlement Agreement Resolving the Secured Claims of WCP Fund I, LLC (the "**Settlement Motion**" and together with the Financing Motion, the "**Substantive Motions**"). Through the Financing Motion, the Debtors seek Court approval authorizing them to obtain up to $2,115,050 from Black Label Capital, LLC, pursuant to the terms set forth in the Financing Motion and secured by the real property owned by each Debtor. Through the Settlement Motion, the Debtors seek authority to enter into and consummate a settlement of the secured claims of WCP Fund I, LLC, the Debtors' lender

Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
       kburgers@hirschleraw.com

*Counsel to the Debtors*

**PLEASE TAKE FURTHER NOTICE** that the Debtors requested an expedited hearing before the Court (the "**Hearing**") to consider the Substantive Motions.

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled the Hearing on **March 1, 2024, at 12:00 p.m. (prevailing Eastern time) by Zoom. For Zoom information, please contact Aimee Mathewes, Courtroom Deputy, at aimee_mathewes@dcb.uscourts.gov.**

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.).

**PLEASE TAKE FURTHER NOTICE** that the requirement of a written objection to the Substantive Motions has been waived. If you do not want the Court to grant the relief requested in the Substantive Motions, or if you want the Court to consider your views on the Substantive Motions, then you or your attorney must attend the Hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Substantive Motions and may enter an order granting the relief requested in the Substantive Motions without further notice or opportunity for objection or hearing.**

Dated: February 28, 2024                    Respectfully submitted,

                                                     */s/ Kristen E. Burgers*
                                                     Stephen E. Leach (DC Bar No. 925735)
                                                     Kristen E. Burgers (DC Bar No. 500674)
                                                     HIRSCHLER FLEISCHER, PC
                                                     1676 International Drive, Suite 1350
                                                     Tysons, Virginia 22102
                                                     Phone: (703) 584-8900
                                                     Facsimile: (703) 584-8901
                                                     Email: sleach@hirschlerlaw.com
                                                                           kburgers@hirschlerlaw.com

                                                    *Counsel to the Debtors*

16963556.1 048852.00001

- 2 -