**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>315 WEST REAR ST LLC,<br><br>    Debtor. | Case No. 23-00299-ELG<br><br>(Chapter 11) |

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2024, I caused the following documents to be served (a) by operation of the Court's CM/ECF electronic case management system on the parties identified on the "ECF Service List" attached as Exhibit 1 ("**ECF List**") and (b) by e-mail (if applicable) and first class U.S. mail, postage prepaid, on the parties identified on the "First Class Mail Service List" attached as Exhibit 2 ("**First Class Mail List**"):

1. A true and correct copy of the *Debtors' Motion for Entry of an Order Setting Expedited Hearing on (I) Motion for Authorization to Obtain Post-Petition Secured Financing and (II) Joint Motion for Entry of an Order Approving Settlement Agreement Resolving the Secured Claims of WCP Fund I, LLC* and all exhibits and attachments (including the proposed form of order and Notice of Hearing and Opportunity to Object) [Docket #48];

2. A true and correct copy of the *Order Granting Debtors' Motion for Entry of an Order Setting Expedited Hearing on (I) Motion for Authorization to Obtain Post-Petition Secured Financing and (II) Joint Motion for Entry of an Order Approving Settlement Agreement Resolving the Secured Claims of WCP Fund I, LLC* [Docket #49]; and

3. A true and correct copy of the *Notice of Hearing on and Opportunity to Object to (I) Debtors' Motion for Authorization to Obtain Post-Petition Secured Financing and (II) Joint Motion for Entry of an Order Approving Settlement Agreement Resolving the Secured Claims of WCP Fund I, LLC* [Docket #50].

Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:  (703) 584-8900
Facsimile:  (703) 584-8901
Email:  sleach@hirschlerlaw.com
        kburgers@hirschleraw.com

*Counsel to the Debtors*

Dated:  March 1, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Kristen E. Burgers*
　　　　　　　　　　　　　　　　　　　　Stephen E. Leach (DC Bar No. 925735)
　　　　　　　　　　　　　　　　　　　　Kristen E. Burgers (DC Bar No. 500674)
　　　　　　　　　　　　　　　　　　　　HIRSCHLER FLEISCHER, PC
　　　　　　　　　　　　　　　　　　　　1676 International Drive, Suite 1350
　　　　　　　　　　　　　　　　　　　　Tysons, Virginia 22102
　　　　　　　　　　　　　　　　　　　　Telephone:      (703) 584-8900
　　　　　　　　　　　　　　　　　　　　Facsimile:  (703) 584-8901
　　　　　　　　　　　　　　　　　　　　Email:  sleach@hirschlerlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　kburgers@hirschleraw.com

　　　　　　　　　　　　　　　　　　　　*Counsel to the Debtor*

- 3 -

# **EXHIBIT 1**

### **ECF SERVICE LIST**

**Electronic Mail Notice List** - Parties in the case only

- **Kristen S. Eustis**: Kristen.S.Eustis@usdoj.gov
- **Sara Kathryn Mayson**: sara.kathryn.mayson@usdoj.gov
- **Maurice B. VerStandig**: mac@mbvesq.com

# EXHIBIT 2

### E-MAIL AND FIRST CLASS MAIL SERVICE LIST

DC Office of Tax and Revenue
PO Box 96165
Washington, DC 20090-6165

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Russell Drazin
Pardo & Drazin LLC
4400 Jennifer Street, NW, #2
Washington, DC 20015-2089
rdrazin@pardodrazin.com

SF NU, LLC
8401 Greensboro Drive, Suite 960
McLean, VA 22102-5149
mac@mbvesq.com

Victor Saeh
2414 Watts Street
Houston, TX 77030
vsaeh@hotmail.com

PHL Trust
10000 SW 231st Lane
Miami, FL 33190
office@phlinvest.com

Thelan Inc.
PO Box 77304
Washington, DC 20013
bd@thelan.us

EKM Law PLLC
2 Massachusetts Avenue, NE, #76607
Washington, DC 2003
Emily.morris@ekmlawfirm.com

Nuevas Ideas Utilities
1921 East West Highway, Apt. 204
Silver Spring, MD 20910

Zurich in North America
1299 Zurich Way
Schaumburg, IL 60196
scortez@obieinsurance.com

WCF Fund I LLC
c/o Maurice B. VerStandig
The VerStandig Law Firm LLC
1452 W. Horizon Ridge Parkway, #665
Henderson, NV 89012
mac@mbvesq.com

U.S. Trustee for Region Four
U.S. Trustee's Office
1725 Duke Street, Suite 650
Alexandria, VA 22314
Kristen.S.Eustis@usdoj.gov
Sara.kathryn.mayson@usdoj.gov