**Signed: February 28, 2024**

**The below order is hereby modified to refer to Rule 9013-2 of the Local Rules of the United States Bankruptcy Court for the District of Columbia and remove the reference to this Court's former Local Rule 5070-1(b).**

Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>2116 4th STREET LLC,<br><br>    Debtor. | Case No. 23-00298-ELG<br><br>(Chapter 11) |
| In re:<br><br>315 WEST REAR ST LLC,<br><br>    Debtor. | Case No. 23-00299-ELG<br><br>(Chapter 11) |

**ORDER GRANTING DEBTORS' MOTION FOR AN
EXPEDITED HEARING ON (I) MOTION FOR AUTHORIZATION
TO OBTAIN POST-PETITION SECURED FINANCING AND (II) JOINT MOTION
FOR ENTRY OF AN ORDER APPROVING SETTLEMENT AGREEMENT
<u>RESOLVING THE SECURED CLAIMS OF WCP FUND I, LLC</u>**

Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
       kburgers@hirschleraw.com

*Counsel to the Debtors*

Upon consideration of the motion (the "**Motion**") for the entry of an order pursuant to section 105(a) of the Bankruptcy Code and Rule 5070-1(b) of the Local Rules of the United States Bankruptcy Court for the District of Columbia (the "**Local Bankruptcy Rules**") (i) deeming the Debtors' *Notice of Hearing of (I) Motion for Authorization to Obtain Post-Petition Secured Financing and (II) Joint Motion for Entry of an Order Approving Settlement Agreement Resolving the Secured Claims of WCP Fund I, LLC* attached hereto as **<u>Exhibit A</u>** (the "**Notice**"), to be adequate and appropriate notice under the circumstances and (ii) setting an expedited hearing on (a) the Motion for Authorization to Obtain Post-Petition Secured Financing (the "**Financing Motion**") and (b) the Joint Motion for Entry of an Order Approving Settlement Agreement Resolving the Secured Claims of WCP Fund I, LLC (the "**Settlement Motion**" and together with the Financing Motion, the "**Substantive Motions**") filed by 2116 4th Street LLC and 315 West REAR St LLC, each a debtor and debtor-in-possession in the above-captioned cases, as applicable (together, the "**Debtors**"); it appearing that the relief requested is in the best interests of the Debtors, their estates, creditors, and other parties in interest; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); notice of the Motion having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The relief requested in the Motion is hereby GRANTED.

2. A hearing will be held on **March 1, 2024, at 12:00 p.m. (local time)** (the "**Hearing**"), to hear and consider the Substantive Motions.

3. The form of the Notice is approved.

4. Service by hand, overnight delivery, electronic mail or facsimile of the Substantive Motions and related documents (including the Notice), to the extent practicable to the following parties or, in lieu thereof, to their counsel if known, hereby is deemed adequate and appropriate notice of the Hearing under the circumstances: (i) the Office of the United States Trustee, (ii) the Securities and Exchange Commission, and (iii) all creditors identified on the Debtors' schedules.

5. The notice requirements of Local Bankruptcy Rule 2002-1(b) are hereby waived for the Motion and the Substantive Motions, subject to the Court's right upon further consideration at the Hearing to require additional notice with respect to either Substantive Motion.

6. The terms and conditions herein shall be immediately effective.

7. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.


WE ASK FOR THIS:

*/s/ Kristen E. Burgers*
Kristen E. Burgers (DC Bar No. 500674)
Stephen E. Leach (DC Bar No. 925735)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia  22102
Telephone:    (703) 584-8900
Facsimile:    (703) 584-8901
Email:        kburgers@hirschlerlaw.com

    *Counsel to the Debtors*

Copies to:

Stephen E. Leach, Esq.
Kristen E. Burgers, Esq.
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

All attorneys who have entered an appearance and who are registered e-filers

All entities on the Court's mailing list

**END OF ORDER**

**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>2116 4th STREET LLC,<br><br>    Debtor. | Case No. 23-00298-ELG<br><br>(Chapter 11) |
| In re:<br><br>315 WEST REAR ST LLC,<br><br>    Debtor. | Case No. 23-00299-ELG<br><br>(Chapter 11) |

**NOTICE OF HEARING ON AND OPPORTUNITY TO OBJECT TO (I) DEBTORS'
MOTION FOR AUTHORIZATION TO OBTAIN POST-PETITION SECURED
FINANCING AND (II) JOINT MOTION FOR ENTRY OF AN ORDER
APPROVING SETTLEMENT AGREEMENT RESOLVING
THE SECURED CLAIMS OF WCP FUND I, LLC**

**PLEASE TAKE NOTICE** that 2116 4th Street LLC and 315 West REAR St LLC, each a debtor and debtor-in-possession in the above-captioned cases, as applicable (together, the "**Debtors**") have filed (a) the Motion for Authorization to Obtain Post-Petition Secured Financing (the "**Financing Motion**") and (b) the Joint Motion for Entry of an Order Approving Settlement Agreement Resolving the Secured Claims of WCP Fund I, LLC (the "**Settlement Motion**" and together with the Financing Motion, the "**Substantive Motions**"). Through the Financing Motion, the Debtors seek Court approval authorizing them to obtain up to $2,115,050 from Black Label Capital, LLC, pursuant to the terms set forth in the Financing Motion and secured by the real property owned by each Debtor. Through the Settlement Motion, the Debtors seek authority to enter into and consummate a settlement of the secured claims of WCP Fund I, LLC, the Debtors' lender

---

Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
          kburgers@hirschleraw.com

*Counsel to the Debtors*

**PLEASE TAKE FURTHER NOTICE** that the Debtors requested an expedited hearing before the Court (the "**Hearing**") to consider the Substantive Motions.

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled the Hearing on **March 1, 2024, at 12:00 p.m. (prevailing Eastern time) by Zoom. For Zoom information, please contact Aimee Mathewes, Courtroom Deputy, at aimee_mathewes@dcb.uscourts.gov.**

**PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)**.

**PLEASE TAKE FURTHER NOTICE** that the requirement of a written objection to the Substantive Motions has been waived. If you do not want the Court to grant the relief requested in the Substantive Motions, or if you want the Court to consider your views on the Substantive Motions, then you or your attorney must attend the Hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Substantive Motions and may enter an order granting the relief requested in the Substantive Motions without further notice or opportunity for objection or hearing.**

Dated: February __, 2024                 Respectfully submitted,

                                         */s/ Kristen E. Burgers*
                                         Stephen E. Leach (DC Bar No. 925735)
                                         Kristen E. Burgers (DC Bar No. 500674)
                                         HIRSCHLER FLEISCHER, PC
                                         1676 International Drive, Suite 1350
                                         Tysons, Virginia 22102
                                         Phone: (703) 584-8900
                                         Facsimile: (703) 584-8901
                                         Email: sleach@hirschlerlaw.com
                                                kburgers@hirschlerlaw.com

                                         *Counsel to the Debtors*

16963556.1 048852.00001

United States Bankruptcy Court
District of Columbia

In re:  
315 West REAR St LLC  
    Debtor

Case No. 23-00299-ELG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2  
Date Rcvd: Feb 28, 2024      Form ID: pdf001      Total Noticed: 10

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 772797 | | DC Office of Tax and Revenue, P.O. Box 96165, Washington, DC 20090-6165 |
| 773711 | + | EKM Law PLLC, 2 Massachusetts Ave., NE #76607, Washington, DC 20013-5644 |
| 773712 | + | Nuevas Ideas Utilities, 1921 East West Highway, Apt. 204, Silver Spring, MD 20910-2411 |
| 772799 | | PHL Trust, 1000 SW 231st Lane, Miami, FL 33190 |
| 772800 | + | Russell Drazin, Pardo & Drazin LLC, 4400 Jennifer Street NW, Suite 2, Washington, DC 20015-2089 |
| 772801 | + | SF NU, LLC, 8401 Greensboro Drive, Suite 960, Mc Lean, VA 22102-5149 |
| 772802 | + | Thelan, Inc., P O Box 77304, Washington, DC 20013-8304 |
| 772803 | + | WCP Fund I, LLC, 8401 Greensboro Drive, Suite 960, Mc Lean, VA 22102-5149 |
| 773713 | + | Zurich North America, 1299 Zurich Way, Schaumburg, IL 60196-1056 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 772798 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 28 2024 22:20:00 | Internal Revenue Service, Centralized Insolvency Operati, Post Office Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.  
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2024 at the address(es) listed below:

District/off: 0090-1 | User: admin | Page 2 of 2
Date Rcvd: Feb 28, 2024 | Form ID: pdf001 | Total Noticed: 10

| Name | Email Address |
|---|---|
| Kristen E Burgers | on behalf of Debtor In Possession 315 West REAR St LLC kburgers@hirschlerlaw.com  ndysart@hirschlerlaw.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Creditor WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Sara Kathryn Mayson | on behalf of U.S. Trustee U. S. Trustee for Region Four sara.kathryn.mayson@usdoj.gov  Robert.W.Ours@usdoj.gov |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 5