**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23-00299-ELG |
| 315 WEST REAR ST LLC, | ) | |
| | ) | (Chapter 11) |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2024, I caused a true and correct copy of *Order Authorizing the Debtors to Obtain Post-Petition Secured Financing* [Docket #53] to be served (a) by operation of the Court's CM/ECF electronic case management system on the parties identified on the "ECF Service List" attached as Exhibit 1 ("**ECF List**") and (b) by first class U.S. mail, postage prepaid, on the parties identified on the "First Class Mail Service List" attached as Exhibit 2 ("**First Class Mail List**").

Dated:  March 5, 2024

Respectfully submitted,

*/s/ Kristen E. Burgers*
Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:      (703) 584-8900
Facsimile:  (703) 584-8901
Email:  sleach@hirschlerlaw.com
           kburgers@hirschleraw.com

*Counsel to the Debtor*

Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:  (703) 584-8900
Facsimile:  (703) 584-8901
Email:  sleach@hirschlerlaw.com
           kburgers@hirschleraw.com

*Counsel to the Debtors*

# <u>EXHIBIT 1</u>

### <u>ECF SERVICE LIST</u>

**Electronic Mail Notice List** - Parties in the case only

- **Kristen S. Eustis**:                    Kristen.S.Eustis@usdoj.gov
- **Sara Kathryn Mayson**:            sara.kathryn.mayson@usdoj.gov
- **Maurice B. VerStandig**:          mac@mbvesq.com

# EXHIBIT 2

## FIRST CLASS MAIL SERVICE LIST

DC Office of Tax and Revenue
PO Box 96165
Washington, DC 20090-6165

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Russell Drazin
Pardo & Drazin LLC
4400 Jennifer Street, NW, #2
Washington, DC 20015-2089

SF NU, LLC
8401 Greensboro Drive, Suite 960
McLean, VA 22102-5149

Victor Saeh
2414 Watts Street
Houston, TX 77030

PHL Trust
10000 SW 231st Lane
Miami, FL 33190

Thelan Inc.
PO Box 77304
Washington, DC 20013

EKM Law PLLC
2 Massachusetts Avenue, NE, #76607
Washington, DC 2003

Nuevas Ideas Utilities
1921 East West Highway, Apt. 204
Silver Spring, MD 20910

Zurich in North America
1299 Zurich Way
Schaumburg, IL 60196

WCF Fund I LLC
c/o Maurice B. VerStandig
The VerStandig Law Firm LLC
1452 W. Horizon Ridge Parkway, #665
Henderson, NV 89012

U.S. Trustee for Region Four
U.S. Trustee's Office
1725 Duke Street, Suite 650
Alexandria, VA 22314