The order below is hereby signed.

Signed: March 28 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | **Case No. 23-00299-ELG** |
| **315 West REAR St LLC,** | |
| **Debtor.** | **Chapter 11** |

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED

As of October 17, 2023, the above-captioned Debtor is proceeding under Chapter 11 of the Bankruptcy Code.[1] The Debtor is required to file monthly operating reports under §§ 1107(a) and 1106(a)(1). As of the date of this Order, the Debtor is overdue in filing its reports for January and February 2024. Failure to timely file required reports constitutes cause for conversion or dismissal under § 1112(b)(4)(E).

Therefore, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Debtor shall appear before this Court on April 17, 2024 at 10:00 a.m. to show cause why this case should not be dismissed or converted for failure to timely file monthly operating reports. The Show Cause Hearing will be held both in Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001 and by Zoom for Government. Parties should contact Aimee Mathewes for the Zoom information and should familiarize themselves with General Order 2023-01, *Order Establishing Hearing Protocols Before Judge Gunn*.

[Signed and dated above.]

Copies to: Debtor; recipients of electronic notice

---

[1] Title 11 of the United States Code, §§ 101–1532 (as hereafter amended).

United States Bankruptcy Court

District of Columbia

In re:                                                                Case No. 23-00299-ELG

315 West REAR St LLC                                              Chapter 11

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                     User: admin                          Page 1 of 1

Date Rcvd: Mar 28, 2024                  Form ID: pdf001                   Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + 315 West REAR St LLC, 712 H Street NE #849, Washington, DC 20002-3627 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2024                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2024 at the address(es) listed
below:**

| Name | Email Address |
|---|---|
| Kristen E Burgers | on behalf of Debtor In Possession 315 West REAR St LLC kburgers@hirschlerlaw.com  ndysart@hirschlerlaw.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Creditor WCP Fund I LLC mac@mbvesq.com  lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Sara Kathryn Mayson | on behalf of U.S. Trustee U. S. Trustee for Region Four sara.kathryn.mayson@usdoj.gov  Robert.W.Ours@usdoj.gov |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 5