The order below is hereby signed.

Signed: July 18 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | **Case No. 23-00299-ELG** |
|     315 West REAR St LLC, | |
|         Debtor. | **Chapter 11** |

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED

As of March 28, 2024, the Court entered an *Order to Show Cause Why Case Should Not Be Dismissed* (the "Show Cause Order") (ECF No. 59).

For the reasons stated on the record at the hearing held April 17, 2024, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Court's Show Cause Order (ECF No. 59) is **DISCHARGED**.

[Signed and dated above.]

Copies to: Debtor; recipients of electronic notice