# EXHIBIT A



For Billing Inquiries:
Telephone: (804) 771-5676
Facsimile: (804) 644-0957
Email: billing@hirschlerlaw.com
EIN: 54-1438598

315 West Rear St LLC
712 H Street, NE
Washington, DC 20002

| | |
|---|---|
| Invoice Num.: | 4917020 |
| **Client Number:** | **048848** |
| Invoice Date: | November 13, 2024 |
| Matter Number: | 048848.00003 |

---

Client:      315 West Rear St LLC

Matter:      General Case Administration

*For professional services rendered through October 31, 2024*

Currency: USD

Fees                                                                      8,544.50

_____

**Total Due This Invoice**                                               **$8,544.50**

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check

| Client: 315 West Rear St LLC | Invoice Num.: | 4917020 |
|---|---|---|
| Matter: General Case Administration | Invoice Date: | November 13, 2024 |
| | Matter Number: | 048848.00003 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/17/2023 | Kristen E. Burgers | E-mail to A. Jean regarding filings, upcoming deadlines, and procedures | 0.20 | 515.00 | 103.00 |
| 10/18/2023 | Kristen E. Burgers | Review and respond to correspondence with H. Acevedo and S. Mayson regarding IDI and meeting of creditors; correspondence with A. Jean regarding scheduling of and preparation for same | 0.40 | 515.00 | 206.00 |
| 10/19/2023 | Kristen E. Burgers | Videoconference with A. Jean and R. Simon regarding bankruptcy strategy and planning | 0.50 | 515.00 | 257.50 |
| 10/19/2023 | Kristen E. Burgers | Research regarding SARE designation and affiliate bankruptcies | 0.50 | 515.00 | 257.50 |
| 10/23/2023 | Kristen E. Burgers | Email to A. Jean and R. Simon regarding SARE designation and overall case strategy | 0.20 | 515.00 | 103.00 |
| 10/25/2023 | Kristen E. Burgers | Prepare Verified Statement of Small Business Debtor (.3); correspondence with A. Jean regarding same and IDI (.1); review and execute documents from the U.S. Trustee (.1); correspondence with H. Acevedo regarding IDI (.1); telephone conference with A. Jean regarding IDI (.3) | 0.90 | 515.00 | 463.50 |
| 10/25/2023 | Kristen E. Burgers | Prepare Verified Statement of Small Business Debtor (.3); correspondence with A. Jean regarding same and IDI (.2); review and execute documents from the U.S. Trustee (.2); correspondence with H. Acevedo regarding same (.1); Zoom conference with A. Jean regarding IDI (.4); review documents in IDI folder from A. Jean (.1); e-mail to H. Acevedo regarding same (.1) | 1.40 | 515.00 | 721.00 |
| 10/26/2023 | Kristen E. Burgers | Participate in IDI with H. Acevedo and A. Jean (.8); follow-up telephone conference | 1.00 | 515.00 | 515.00 |

Client: 315 West Rear St LLC                                      Invoice Num.:                              4917020
Matter: General Case Administration                      Invoice Date:                     November 13, 2024
                                                                                Matter Number:                    048848.00003

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | with A. Jean (.2) | | | |
| 11/03/2023 | Kristen E. Burgers | Correspondence with R. Simon regarding case status generally | 0.10 | 515.00 | 51.50 |
| 11/09/2023 | Kristen E. Burgers | Telephone conference with A. Jean regarding case status and refinancing efforts | 0.10 | 515.00 | 51.50 |
| 11/15/2023 | Kristen E. Burgers | Correspondence with H. Acevedo and S. Mayson regarding additional documents for the IDI and creditor's meeting; telephone conference with A. Jean regarding DIP account and creditor's meeting | 0.20 | 515.00 | 103.00 |
| 11/28/2023 | Kristen E. Burgers | Review documents from A. Jean regarding taxes and MORs; research MOR form; e-mail to H. Acevedo regarding same | 0.20 | 515.00 | 103.00 |
| 12/01/2023 | Kristen E. Burgers | Correspondence with A. Jean regarding monthly operating report, status conference, and IRS concerns | 0.10 | 515.00 | 51.50 |
| 12/04/2023 | Kristen E. Burgers | Review e-mail from A. Jean and updates to file share site | 0.10 | 515.00 | 51.50 |
| 12/06/2023 | Kristen E. Burgers | Correspondence with A. Jean regarding open items and status conference (.1); attend status conference (.7); follow-up telephone conference with A. Jean (.1) | 0.90 | 515.00 | 463.50 |
| 12/07/2023 | Kristen E. Burgers | Correspondence with S. Mayson regarding insurance certificate | 0.10 | 515.00 | 51.50 |
| 12/18/2023 | Kristen E. Burgers | Review tax returns; revise response to IRS; correspondence with A. Jean regarding same, monthly operating reports, and communication with WCP | 0.30 | 515.00 | 154.50 |
| 12/27/2023 | Kristen E. Burgers | E-mail to A. Jean regarding insurance, monthly operating reports, and status generally | 0.10 | 515.00 | 51.50 |
| 01/07/2024 | Kristen E. Burgers | Correspondence with A. Jean regarding monthly operating reports | 0.10 | 550.00 | 55.00 |
| 01/09/2024 | Kristen E. Burgers | Telephone conference with A. | 0.10 | 550.00 | 55.00 |

| | | | | | |
|---|---|---|---|---|---|
| Client: 315 West Rear St LLC | | | Invoice Num.: | | 4917020 |
| Matter: General Case Administration | | | Invoice Date: | | November 13, 2024 |
| | | | Matter Number: | | 048848.00003 |

| **Date** | **Name** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| | | Jean regarding status of refinancing and MORs | | | |
| 01/15/2024 | Kristen E. Burgers | Review draft MORs for October and November; e-mail to A. Jean regarding same and case status generally | 0.20 | 550.00 | 110.00 |
| 01/22/2024 | Kristen E. Burgers | Review and finalize monthly operating reports for October and November; e-mail to S. Mayson and H. Acevedo regarding same; e-mail to M. Verstandig regarding same; e-mail to A. Jean regarding same and case management issues and timeline | 0.50 | 550.00 | 275.00 |
| 01/24/2024 | Kristen E. Burgers | Correspondence with S. Mayson regarding MORs | 0.10 | 550.00 | 55.00 |
| 01/28/2024 | Kristen E. Burgers | Review and finalize December monthly operating report; e-mail to S. Mayson regarding same and case status generally | 0.30 | 550.00 | 165.00 |
| 01/31/2024 | Kristen E. Burgers | Correspondence with A. Jean regarding insurance | 0.10 | 550.00 | 55.00 |
| 02/02/2024 | Kristen E. Burgers | Telephone conference with A. Jean regarding case status and strategy | 0.20 | 550.00 | 110.00 |
| 02/13/2024 | Kristen E. Burgers | Correspondence with A. Jean regarding monthly operating reports and DIP account minimums | 0.20 | 550.00 | 110.00 |
| 02/14/2024 | Kristen E. Burgers | Telephone conference with A. Jean regarding monthly operating reports and DIP bank account | 0.20 | 550.00 | 110.00 |
| 02/20/2024 | Kristen E. Burgers | Correspondence with T. Pika regarding insurance | 0.10 | 550.00 | 55.00 |
| 02/21/2024 | Kristen E. Burgers | Prepare for and attend status conference | 0.50 | 550.00 | 275.00 |
| 02/22/2024 | Kristen E. Burgers | Correspondence with A. Jean regarding status conference and related issues | 0.10 | 550.00 | 55.00 |
| 02/23/2024 | Kristen E. Burgers | Teams conference with T. Pika, A. Jean, and B. Adhikari regarding monthly operating reports, DIP account, and insurance; follow-up | 0.40 | 550.00 | 220.00 |

Client: 315 West Rear St LLC

Matter: General Case Administration

Invoice Num.: 4917020

Invoice Date: November 13, 2024

Matter Number: 048848.00003

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | correspondence with A. Jean regarding same and case status generally | | | |
| 03/27/2024 | Kristen E. Burgers | Prepare for and attend status conference; e-mail to A. Jean regarding same | 0.50 | 550.00 | 275.00 |
| 04/01/2024 | Kristen E. Burgers | E-mail to A. Jean regarding order to show cause, monthly operating reports, bank statements, upstream transfers and related issues | 0.20 | 550.00 | 110.00 |
| 04/10/2024 | Kristen E. Burgers | Review draft MORs; prepare Exhibit template for same; e-mail to A. Jean regarding same and status generally | 0.50 | 550.00 | 275.00 |
| 04/15/2024 | Kristen E. Burgers | Review and finalize monthly operating reports and exhibits for January, February, and March 2024; correspondence with A. Jean regarding same | 0.50 | 550.00 | 275.00 |
| 04/16/2024 | Kristen E. Burgers | E-mail to A. Jean regarding bankruptcy court hearing and status generally | 0.10 | 550.00 | 55.00 |
| 04/17/2024 | Kristen E. Burgers | Telephone conference with A. Jean regarding status of refinancing; review related materials; attend status hearing by Zoom; follow-up telephone conference with A. Jean regarding status and strategy | 0.40 | 550.00 | 220.00 |
| 04/22/2024 | Kristen E. Burgers | Correspondence with R. Simon regarding case status; correspondence with J. Vengada regarding status of refinancing | 0.10 | 550.00 | 55.00 |
| 05/13/2024 | Kristen E. Burgers | E-mail to A. Jean regarding status conference and MORs | 0.10 | 550.00 | 55.00 |
| 05/15/2024 | Kristen E. Burgers | Correspondence with A. Jean regarding status of refinancing efforts; attend status conference; follow-up telephone conference with A. Jean regarding same | 0.30 | 550.00 | 165.00 |
| 05/28/2024 | Kristen E. Burgers | Correspondence with A. Jean regarding monthly operating report and refinancing | 0.10 | 550.00 | 55.00 |

Client: 315 West Rear St LLC

Matter: General Case Administration

Invoice Num.: 4917020

Invoice Date: November 13, 2024

Matter Number: 048848.00003

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 05/29/2024 | Kristen E. Burgers | Finalize April 2024 monthly operating report | 0.10 | 550.00 | 55.00 |
| 06/27/2024 | Kristen E. Burgers | Correspondence with M. Verstandig regarding case status and WCP amended disclosure statement and procedures motion (.1); correspondence with A. Jean regarding same, monthly operating reports, and status conference (.1); attend status conference (2); finalize May monthly operating report (.2) | 0.60 | 550.00 | 330.00 |
| 07/17/2024 | Kristen E. Burgers | Prepare for and attend status hearing | 0.10 | 550.00 | 55.00 |
| 08/07/2024 | Kristen E. Burgers | Correspondence with T. Pika regarding June monthly operating report | 0.10 | 550.00 | 55.00 |
| 08/26/2024 | Kristen E. Burgers | Review and finalize June and July monthly operating reports | 0.30 | 550.00 | 165.00 |
| 08/28/2024 | Kristen E. Burgers | Attend status conference; correspondence with T. Pika regarding quarterly fees; e-mail to A. Jean regarding same | 0.20 | 550.00 | 110.00 |
| 10/01/2024 | Kristen E. Burgers | Correspondence with T. Pika regarding August monthly operating reports; correspondence with A. Jean regarding same and status generally | 0.10 | 550.00 | 55.00 |
| 10/21/2024 | Kristen E. Burgers | E-mail to A. Jean regarding status conference, MORs, and quarterly fees | 0.10 | 550.00 | 55.00 |
| 10/22/2024 | Kristen E. Burgers | E-mail to S. Jackson regarding case status | 0.10 | 550.00 | 55.00 |
| 10/23/2024 | Kristen E. Burgers | Correspondence with S. Jackson and K. Eustis regarding case status (.2); finalize August and September monthly operating reports for filing (.2); attend status conference with Judge Gunn (.3); follow-up telephone conference with A. Jean (.3) | 1.00 | 550.00 | 550.00 |
| 10/29/2024 | Kristen E. Burgers | Correspondence with T. Pika regarding UST quarterly fees, past due MORs, and 2023 tax | 0.10 | 550.00 | 55.00 |

Client: 315 West Rear St LLC

Matter: General Case Administration

| | | | | | |
|---|---|---|---|---|---|
| | | Invoice Num.: | | | 4917020 |
| | | Invoice Date: | | | November 13, 2024 |
| | | Matter Number: | | | 048848.00003 |

| **Date** | **Name** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| | | return; e-mail to A. Jean regarding same | | | |
| **Total** | | | **16.00** | | **$8,544.50** |

**Timekeeper Summary**

| **Name** | **Timekeeper Title** | **Hours** | **Amount** |
|---|---|---|---|
| Kristen E. Burgers | Partner | 16.00 | 8,544.50 |
| **Total** | | **16.00** | **$8,544.50** |

315 West Rear St LLC
712 H Street, NE
Washington, DC 20002

| | |
|---|---|
| Invoice Num.: | 4917020 |
| **Client Number:** | **048848** |
| Invoice Date: | November 13, 2024 |
| Matter Number: | 048848.00003 |

**REMITTANCE COPY**

**General Case Administration**

| **Invoice Date** | **Invoice Number** | **Balance Due** |
|---|---|---|
| Current Invoice | | |
| 11/13/2024 | 4917020 | $8,544.50 |
| **Balance Due** | | $8,544.50 |

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check



For Billing Inquiries:
Telephone: (804) 771-5676
Facsimile: (804) 644-0957
Email: billing@hirschlerlaw.com
EIN: 54-1438598

315 West Rear St LLC
712 H Street, NE
Washington, DC 20002

| | |
|---|---|
| Invoice Num.: | 4917019 |
| **Client Number:** | **048848** |
| Invoice Date: | November 13, 2024 |
| Matter Number: | 048848.00004 |

---

Client:     315 West Rear St LLC

Matter:     Schedules of Assets and Liabilities

*For professional services rendered through October 31, 2024*

Currency: USD

Fees                                                                                            1,957.00

                                                                                    _____

**Total Due This Invoice**                                                          **$1,957.00**

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check

| Client: 315 West Rear St LLC | Invoice Num.: | 4917019 |
|---|---|---|
| Matter: Schedules of Assets and Liabilities | Invoice Date: | November 13, 2024 |
| | Matter Number: | 048848.00004 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/24/2023 | Kristen E. Burgers | Review and revise schedules and statements | 0.50 | 515.00 | 257.50 |
| 10/27/2023 | Kristen E. Burgers | Update information in BestCase; e-mail to A. Jean regarding form documents | 0.70 | 515.00 | 360.50 |
| 10/31/2023 | Kristen E. Burgers | Prepared, revised, finalized and filed Schedules, SOFA, and lists (1.2); correspondence with A. Jean regarding same (.3) | 1.50 | 515.00 | 772.50 |
| 11/14/2023 | Kristen E. Burgers | Review amendments to schedules (.2); prepare amendment coversheet, notice to newly added creditors, notice of change of creditor address, and notice to contingent, unliquidated and disputed creditors (.8); correspondence with N. Dysart regarding filing and service of same (.1) | 1.10 | 515.00 | 566.50 |
| **Total** | | | **3.80** | | **$1,957.00** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Amount |
|---|---|---|---|
| Kristen E. Burgers | Partner | 3.80 | 1,957.00 |
| **Total** | | **3.80** | **$1,957.00** |

315 West Rear St LLC
712 H Street, NE
Washington, DC 20002

| | |
|---|---|
| Invoice Num.: | 4917019 |
| **Client Number:** | **048848** |
| Invoice Date: | November 13, 2024 |
| Matter Number: | 048848.00004 |

**REMITTANCE COPY**

### Schedules of Assets and Liabilities

| **Invoice Date** | **Invoice Number** | **Balance Due** |
|---|---|---|
| Current Invoice | | |
| 11/13/2024 | 4917019 | $1,957.00 |
| **Balance Due** | | $1,957.00 |

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check



For Billing Inquiries:
Telephone: (804) 771-5676
Facsimile: (804) 644-0957
Email: billing@hirschlerlaw.com
EIN: 54-1438598

315 West Rear St LLC
712 H Street, NE
Washington, DC 20002

| | |
|---|---|
| Invoice Num.: | 4917018 |
| **Client Number:** | **048848** |
| Invoice Date: | November 13, 2024 |
| Matter Number: | 048848.00005 |

---

Client:     315 West Rear St LLC
Matter:     Financing and Cash Collateral

*For professional services rendered through October 31, 2024*

Currency: USD

Fees                                                2,636.50

_____

**Total Due This Invoice**                          **$2,636.50**

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check

| Client: 315 West Rear St LLC | Invoice Num.: | 4917018 |
|---|---|---|
| Matter: Financing and Cash Collateral | Invoice Date: | November 13, 2024 |
| | Matter Number: | 048848.00005 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/06/2023 | Kristen E. Burgers | E-mail to M. Verstandig regarding refinancing | 0.10 | 515.00 | 51.50 |
| 01/03/2024 | Kristen E. Burgers | Review appraisal; e-mail to A. Jean regarding same and IRS e-mail | 0.10 | 550.00 | 55.00 |
| 01/15/2024 | Kristen E. Burgers | E-mail to M. Verstandig regarding status of refinancing and adequate assurance payments; telephone conference with M. Verstandig regarding same | 0.20 | 550.00 | 110.00 |
| 01/23/2024 | Kristen E. Burgers | Telephone conference with A. Jean regarding refinancing and next steps | 0.20 | 550.00 | 110.00 |
| 01/24/2024 | Kristen E. Burgers | Review information from A. Jean on refinancing; e-mail to M. Verstandig regarding same and compromise of WCP loans | 0.10 | 550.00 | 55.00 |
| 01/24/2024 | Kristen E. Burgers | Review information from A. Jean on refinancing; e-mail to M. Verstandig regarding same and compromise of WCP loans | 0.10 | 550.00 | 55.00 |
| 01/25/2024 | Kristen E. Burgers | Telephone conferences with M. Verstandig regarding refinancing and compromise of WCP loans; e-mail to A. Jean regarding same | 0.30 | 550.00 | 165.00 |
| 02/25/2024 | Kristen E. Burgers | Prepare motion for authority to obtain post-petition financing | 0.80 | 550.00 | 440.00 |
| 02/26/2024 | Kristen E. Burgers | Prepare proposed order granting motion for authority to obtain post-petition financing | 0.40 | 550.00 | 220.00 |
| 02/28/2024 | Kristen E. Burgers | Prepare motion for an expedited hearing on motion for authority to obtain post-petition financing and notice, praecipe, and proposed order (.4); correspondence with M. Verstandig regarding same (.1); correspondence with A. Jean regarding same (.1) | 0.60 | 550.00 | 330.00 |
| 02/29/2024 | Kristen E. Burgers | Correspondence with S. Mayson regarding Black Label Capital; correspondence with M. Verstandig regarding | 0.20 | 550.00 | 110.00 |

| | | | | | |
|---|---|---|---|---|---|
| Client: 315 West Rear St LLC | | | Invoice Num.: | | 4917018 |
| Matter: Financing and Cash Collateral | | | Invoice Date: | | November 13, 2024 |
| | | | Matter Number: | | 048848.00005 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | orders; review Certificate of Service | | | |
| 03/01/2024 | Kristen E. Burgers | Correspondence with K. Eustis regarding financing; prepare for and attend hearing on motion to approve post-petition secured financing; revise and upload order; correspondence with A. Jean regarding entry of same | 0.40 | 550.00 | 220.00 |
| 03/08/2024 | Kristen E. Burgers | Correspondence with A. Jean regarding status of closing; correspondence with M. Verstandig regarding same | 0.20 | 550.00 | 110.00 |
| 03/11/2024 | Kristen E. Burgers | Correspondence with A. Jean regarding status of closing; correspondence with M. Verstandig regarding same and conditions to extending outside closing date | 0.30 | 550.00 | 165.00 |
| 03/18/2024 | Kristen E. Burgers | Correspondence with A. Jean regarding status of refinancing and WCP negotiations and other pending matters | 0.10 | 550.00 | 55.00 |
| 03/20/2024 | Kristen E. Burgers | Telephone conferences with M. Verstandig regarding status of refinancing and staggered closings; e-mail to A. Jean regarding same | 0.10 | 550.00 | 55.00 |
| 03/28/2024 | Kristen E. Burgers | Correspondence with A. Jean regarding status of refinancing and related matters; e-mail to M. Verstandig regarding same | 0.20 | 550.00 | 110.00 |
| 07/12/2024 | Kristen E. Burgers | Telephone conference with A. Jean regarding status generally | 0.10 | 550.00 | 55.00 |
| 07/18/2024 | Kristen E. Burgers | Correspondence with A. Jean regarding refinancing options and WCP's settlement interest | 0.10 | 550.00 | 55.00 |
| 08/05/2024 | Kristen E. Burgers | Telephone conference with A. Jean regarding refinancing options and strategy | 0.20 | 550.00 | 110.00 |
| **Total** | | | **4.80** | | **$2,636.50** |

| | | | |
|---|---|---|---|
| Client: 315 West Rear St LLC | | Invoice Num.: | 4917018 |
| Matter: Financing and Cash Collateral | | Invoice Date: | November 13, 2024 |
| | | Matter Number: | 048848.00005 |

**Timekeeper Summary**

| <u>Name</u> | <u>Timekeeper Title</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|
| Kristen E. Burgers | Partner | 4.80 | 2,636.50 |
| **Total** | | **4.80** | **$2,636.50** |

315 West Rear St LLC
712 H Street, NE
Washington, DC 20002

| | |
|---|---|
| Invoice Num.: | 4917018 |
| **Client Number:** | **048848** |
| Invoice Date: | November 13, 2024 |
| Matter Number: | 048848.00005 |

**REMITTANCE COPY**

**<u>Financing and Cash Collateral</u>**

| <u>Invoice Date</u> | <u>Invoice Number</u> | <u>Balance Due</u> |
|---|---|---|
| <u>Current Invoice</u> | | |
| 11/13/2024 | 4917018 | $2,636.50 |
| **Balance Due** | | $2,636.50 |

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check



For Billing Inquiries:
Telephone: (804) 771-5676
Facsimile: (804) 644-0957
Email: billing@hirschlerlaw.com
EIN: 54-1438598

315 West Rear St LLC
712 H Street, NE
Washington, DC 20002

| | |
|---|---|
| Invoice Num.: | 4917017 |
| **Client Number:** | **048848** |
| Invoice Date: | November 13, 2024 |
| Matter Number: | 048848.00006 |

---

Client:      315 West Rear St LLC
Matter:      Asset Sales and Disposition

*For professional services rendered through October 31, 2024*

Currency: USD

Fees                                                      1,100.00

_____

**Total Due This Invoice**                              **$1,100.00**

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check

Client: 315 West Rear St LLC

Matter: Asset Sales and Disposition

| | | |
|---|---|---|
| Invoice Num.: | | 4917017 |
| Invoice Date: | | November 13, 2024 |
| Matter Number: | | 048848.00006 |

---

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 03/13/2024 | Kristen E. Burgers | Telephone conference with A. Jean regarding status of closing | 0.10 | 550.00 | 55.00 |
| 03/21/2024 | Kristen E. Burgers | Telephone conference with A. Jean regarding status of refinance | 0.10 | 550.00 | 55.00 |
| 03/22/2024 | Kristen E. Burgers | Telephone conference with M. Verstandig regarding status of refinance | 0.10 | 550.00 | 55.00 |
| 03/24/2024 | Kristen E. Burgers | E-mail to A. Jean and M. Verstandig regarding payoff statements; correspondence with A. Jean regarding same and status generally | 0.20 | 550.00 | 110.00 |
| 06/05/2024 | Kristen E. Burgers | Telephone conference with A. Jean regarding refinancing structure | 0.30 | 550.00 | 165.00 |
| 06/24/2024 | Kristen E. Burgers | Review real estate valuations; e-mail to M. Verstandig regarding settlement proposal | 0.10 | 550.00 | 55.00 |
| 07/26/2024 | Kristen E. Burgers | Telephone conference with A. Jean regarding status of refinancing and related issues (.4); e-mail to M. Verstandig with settlement proposal (.2); telephone conferences with M. Verstandig regarding same (.2); correspondence with A. Jean regarding settlement counter from WCP (.1) | 0.90 | 550.00 | 495.00 |
| 08/02/2024 | Kristen E. Burgers | Correspondence with M. Verstandig regarding settlement offer | 0.10 | 550.00 | 55.00 |
| 08/04/2024 | Kristen E. Burgers | E-mail to A. Jean regarding status of negotiations with WCP's counsel | 0.10 | 550.00 | 55.00 |
| **Total** | | | **2.00** | | **$1,100.00** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Amount |
|------|------------------|-------|--------|
| Kristen E. Burgers | Partner | 2.00 | 1,100.00 |
| **Total** | | **2.00** | **$1,100.00** |

315 West Rear St LLC
712 H Street, NE
Washington, DC 20002

| | |
|---|---|
| Invoice Num.: | 4917017 |
| **Client Number:** | **048848** |
| Invoice Date: | November 13, 2024 |
| Matter Number: | 048848.00006 |

**REMITTANCE COPY**

**Asset Sales and Disposition**

| **Invoice Date** | **Invoice Number** | **Balance Due** |
|---|---|---|
| Current Invoice | | |
| 11/13/2024 | 4917017 | $1,100.00 |
| **Balance Due** | | $1,100.00 |

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check



For Billing Inquiries:
Telephone: (804) 771-5676
Facsimile: (804) 644-0957
Email: billing@hirschlerlaw.com
EIN: 54-1438598

315 West Rear St LLC
712 H Street, NE
Washington, DC 20002

| | |
|---|---|
| Invoice Num.: | 4917016 |
| **Client Number:** | **048848** |
| Invoice Date: | November 13, 2024 |
| Matter Number: | 048848.00008 |

---

Client:      315 West Rear St LLC
Matter:      Creditor Meetings and Inquiries

*For professional services rendered through October 31, 2024*

Currency: USD

Fees                                                                                                          463.50

_____

**Total Due This Invoice**                                                                        **$463.50**

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check

| Client: 315 West Rear St LLC | Invoice Num.: | 4917016 |
|---|---|---|
| Matter: Creditor Meetings and Inquiries | Invoice Date: | November 13, 2024 |
| | Matter Number: | 048848.00008 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/06/2023 | Kristen E. Burgers | Telephone conference with M. Verstandig about the bankruptcy cases and plan for payment to WCP; correspondence with A. Jean and R. Simon regarding same | 0.30 | 515.00 | 154.50 |
| 11/16/2023 | Kristen E. Burgers | Participate in meeting of creditors; follow-up correspondence with A. Jean | 0.60 | 515.00 | 309.00 |
| **Total** | | | **0.90** | | **$463.50** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Amount |
|---|---|---|---|
| Kristen E. Burgers | Partner | 0.90 | 463.50 |
| **Total** | | **0.90** | **$463.50** |

315 West Rear St LLC
712 H Street, NE
Washington, DC 20002

| | |
|---|---|
| Invoice Num.: | 4917016 |
| **Client Number:** | **048848** |
| Invoice Date: | November 13, 2024 |
| Matter Number: | 048848.00008 |

**REMITTANCE COPY**

**Creditor Meetings and Inquiries**

| **Invoice Date** | **Invoice Number** | **Balance Due** |
|---|---|---|
| Current Invoice | | |
| 11/13/2024 | 4917016 | $463.50 |
| **Balance Due** | | $463.50 |

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check



For Billing Inquiries:
Telephone: (804) 771-5676
Facsimile: (804) 644-0957
Email: billing@hirschlerlaw.com
EIN: 54-1438598

315 West Rear St LLC
712 H Street, NE
Washington, DC 20002

| | |
|---|---|
| Invoice Num.: | 4917015 |
| **Client Number:** | **048848** |
| Invoice Date: | November 13, 2024 |
| Matter Number: | 048848.00009 |

---

Client:     315 West Rear St LLC
Matter:     Employment and Compensation Applications

*For professional services rendered through October 31, 2024*

Currency: USD

| | |
|---|---|
| Fees | 1,030.00 |
| | _____ |
| **Total Due This Invoice** | **$1,030.00** |

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check

| Client: 315 West Rear St LLC | Invoice Num.: | 4917015 |
|---|---|---|
| Matter: Employment and Compensation Applications | Invoice Date: | November 13, 2024 |
| | Matter Number: | 048848.00009 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/30/2023 | Kristen E. Burgers | Prepare Application to Employ Hirschler, Verified Statement, Proposed Order, and Notice | 1.20 | 515.00 | 618.00 |
| 11/01/2023 | Kristen E. Burgers | Correspondence with A. Jean regarding Hirschler employment application | 0.10 | 515.00 | 51.50 |
| 11/14/2023 | Kristen E. Burgers | Review comments from A. Jean to employment application and verified statement; review and revise same and finalize for filing | 0.40 | 515.00 | 206.00 |
| 12/01/2023 | Kristen E. Burgers | Correspondence with S. Mayson regarding employment application | 0.10 | 515.00 | 51.50 |
| 12/07/2023 | Kristen E. Burgers | Revise and upload order granting Hirschler employment application | 0.20 | 515.00 | 103.00 |
| **Total** | | | **2.00** | | **$1,030.00** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Amount |
|---|---|---|---|
| Kristen E. Burgers | Partner | 2.00 | 1,030.00 |
| **Total** | | **2.00** | **$1,030.00** |

315 West Rear St LLC
712 H Street, NE
Washington, DC 20002

| | |
|---|---|
| Invoice Num.: | 4917015 |
| **Client Number:** | **048848** |
| Invoice Date: | November 13, 2024 |
| Matter Number: | 048848.00009 |

**REMITTANCE COPY**

**Employment and Compensation Applications**

| **Invoice Date** | **Invoice Number** | **Balance Due** |
|---|---|---|
| Current Invoice | | |
| 11/13/2024 | 4917015 | $1,030.00 |
| **Balance Due** | | $1,030.00 |



**TO PAY BY E-CHECK OR CREDIT CARD:**

Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check



For Billing Inquiries:
Telephone: (804) 771-5676
Facsimile: (804) 644-0957
Email: billing@hirschlerlaw.com
EIN: 54-1438598

315 West Rear St LLC
712 H Street, NE
Washington, DC 20002

| | |
|---|---|
| Invoice Num.: | 4917014 |
| **Client Number:** | **048848** |
| Invoice Date: | November 13, 2024 |
| Matter Number: | 048848.00012 |

---

Client:      315 West Rear St LLC
Matter:      Claims Analysis and Objections

*For professional services rendered through October 31, 2024*

Currency: USD

Fees                                                                 3,041.50

                                                          _____

**Total Due This Invoice**                                        **$3,041.50**

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check

| | |
|---|---|
| Client: 315 West Rear St LLC | Invoice Num.:      4917014 |
| Matter: Claims Analysis and Objections | Invoice Date:      November 13, 2024 |
| | Matter Number:      048848.00012 |

**Time Detail**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/25/2023 | Kristen E. Burgers | Review loan documents and new lender term sheets; correspondence with R. Simon regarding same | 0.60 | 515.00 | 309.00 |
| 10/27/2023 | Kristen E. Burgers | Review WCP loan documents; research DC land records; correspondence with R. Simon regarding property valuation | 0.50 | 515.00 | 257.50 |
| 02/05/2024 | Kristen E. Burgers | Telephone conference with A. Jean regarding calculation of payoff amounts by WCP; review spreadsheet regarding same | 0.20 | 550.00 | 110.00 |
| 02/07/2024 | Kristen E. Burgers | E-mail to M. Verstandig regarding calculation of WCP payoff amount | 0.20 | 550.00 | 110.00 |
| 02/08/2024 | Kristen E. Burgers | Telephone conference with M. Verstandig regarding calculation of WCP claim; e-mail to A. Jean regarding same and related issues | 0.20 | 550.00 | 110.00 |
| 02/09/2024 | Kristen E. Burgers | Correspondence with A. Jean regarding calculation of WCP claim | 0.10 | 550.00 | 55.00 |
| 02/13/2024 | Kristen E. Burgers | Review payment history from WCP; correspondence with A. Jean regarding same | 0.20 | 550.00 | 110.00 |
| 02/14/2024 | Kristen E. Burgers | Telephone conference with A. Jean regarding WCP claim calculation and compromise | 0.30 | 550.00 | 165.00 |
| 02/16/2024 | Kristen E. Burgers | Correspondence with M. Verstandig regarding WCP claim; telephone conference with A. Jean regarding same | 0.20 | 550.00 | 110.00 |
| 02/27/2024 | Kristen E. Burgers | Prepare motion to approve settlement of WCP claims and proposed order | 1.20 | 550.00 | 660.00 |
| 02/28/2024 | Kristen E. Burgers | Prepare motion for an expedited hearing on motion to approve settlement of WCP claims and notice, praecipe, and proposed order (.4); correspondence with M. Verstandig regarding same (.2); correspondence with A. | 1.30 | 550.00 | 715.00 |

| | | | | | |
|---|---|---|---|---|---|
| Client: 315 West Rear St LLC | | | Invoice Num.: | | 4917014 |
| Matter: Claims Analysis and Objections | | | Invoice Date: | | November 13, 2024 |
| | | | Matter Number: | | 048848.00012 |

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | Mathewes regarding same (.2); finalize order and hearing notice (.2); correspondence with A. Jean regarding same (.2); correspondence with N. Dysart regarding service (.1) | | | |
| 02/29/2024 | Kristen E. Burgers | Correspondence with M. Verstandig regarding orders; review Certificate of Service; correspondence with N. Dysart regarding same | 0.10 | 550.00 | 55.00 |
| 03/01/2024 | Kristen E. Burgers | Prepare for and attend hearing on motion to approve settlement with WCP; revise and upload order; correspondence with A. Jean regarding same | 0.40 | 550.00 | 220.00 |
| 03/15/2024 | Kristen E. Burgers | Telephone conference with M. Verstandig regarding status of refinancing and claim settlement | 0.10 | 550.00 | 55.00 |
| **Total** | | | **5.60** | | **$3,041.50** |

**Timekeeper Summary**

| Name | Timekeeper Title | Hours | Amount |
|------|------------------|-------|--------|
| Kristen E. Burgers | Partner | 5.60 | 3,041.50 |
| **Total** | | **5.60** | **$3,041.50** |

315 West Rear St LLC
712 H Street, NE
Washington, DC 20002

| | |
|---|---|
| Invoice Num.: | 4917014 |
| **Client Number:** | **048848** |
| Invoice Date: | November 13, 2024 |
| Matter Number: | 048848.00012 |

**REMITTANCE COPY**

**Claims Analysis and Objections**

| **Invoice Date** | **Invoice Number** | **Balance Due** |
|---|---|---|
| Current Invoice | | |
| 11/13/2024 | 4917014 | $3,041.50 |
| **Balance Due** | | $3,041.50 |

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

---

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check