# EXHIBIT B



For Billing Inquiries:  
Telephone: (804) 771-5676  
Facsimile: (804) 644-0957  
Email: billing@hirschlerlaw.com  
EIN: 54-1438598  

| | |
|---|---|
| 315 West Rear St LLC<br>712 H Street, NE<br>Washington, DC 20002 | Invoice Num.: 4917013<br>**Client Number: 048848**<br>Invoice Date: November 13, 2024<br>Matter Number: 048848.00015 |

Client:        315 West Rear St LLC  
Matter:        Costs  

*For professional services rendered through October 31, 2024*

Currency: USD

Costs                                                                  64.00
_____

**Total Due This Invoice**                                           **$64.00**

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.  
Click "Client Payment" on the bottom right of the page.  
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**  
For wiring instructions, please contact the Accounting Department  
at (804) 775-5888 or  
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**  
Hirschler Fleischer  
P.O. Box 500  
Richmond, VA 23218-0500  
Please enclose this remittance page, or write the invoice or matter number on your check

| | |
|---|---|
| Client: 315 West Rear St LLC | Invoice Num.: 4917013 |
| Matter: Costs | Invoice Date: November 13, 2024 |
| | Matter Number: 048848.00015 |

**Cost Summary**

| **Description** | **Amount** |
|---|---|
| Filing Fees | 64.00 |
| **Total** | **$64.00** |

| | |
|---|---|
| 315 West Rear St LLC<br>712 H Street, NE<br>Washington, DC 20002 | Invoice Num.: 4917013<br>**Client Number:** **048848**<br>Invoice Date: November 13, 2024<br>Matter Number: 048848.00015 |

**REMITTANCE COPY**

**Costs**

| **Invoice Date** | **Invoice Number** | **Balance Due** |
|---|---|---|
| Current Invoice | | |
| 11/13/2024 | 4917013 | $64.00 |
| **Balance Due** | | $64.00 |

---

**TO PAY BY E-CHECK OR CREDIT CARD:**



Please scan the QR code above or visit www.hirschlerlaw.com.
Click "Client Payment" on the bottom right of the page.
You will need to have the client number printed at the top of this page.

For assistance paying by electronic check or credit card, please call the Billing Department at (804) 771-5676

**TO WIRE FUNDS:**
For wiring instructions, please contact the Accounting Department
at (804) 775-5888 or
accounting@hirschlerlaw.com

**REMITTANCE ADDRESS:**
Hirschler Fleischer
P.O. Box 500
Richmond, VA 23218-0500
Please enclose this remittance page, or write the invoice or matter number on your check