IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-00299-ELG |
| 315 WEST REAR ST LLC, ) | |
| ) | (Chapter 11) |
| Debtor. ) | |
| ) | |

**NOTICE OF HEARING ON AND OPPORTUNITY TO OBJECT TO
FIRST INTERIM APPLICATION OF HIRSCHLER FLEISCHER
AS BANKRUPTCY COUNSEL TO THE DEBTOR FOR INTERIM ALLOWANCE AND
AUTHORIZATION OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**PLEASE TAKE NOTICE** that Hirschler Fleischer ("**HF**"), bankruptcy counsel to 315 West REAR St LLC, the chapter 11 debtor in possession (the "**Debtor**"), has filed its first interim application (the "**Application**") for interim allowance and authorization of payment of compensation and reimbursement of expenses on an interim basis pursuant to sections 328 and 330 of the United States Bankruptcy Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), whereby HF seeks interim allowance and authorization of payment for legal fees in the amount of $18,773.00 and reimbursement of expenses in the amount of $64.00, for a total award of $18,837.00 for the Application period commencing on October 17, 2023 and ending on October 31, 2024.

---

Kristen E. Burgers (D.C. Bar No. 500674)
Stephen E. Leach (D.C. Bar No. 925735)
HIRSCHLER FLEISCHER P.C.
1676 International Drive, Suite 1350
Tysons, Virginia  22102
Telephone:     (703) 584-8900
fax:           (703) 584-8901
Email:         sleach@hirschlerlaw.com
               kburgers@hirschlerlaw.com

*Counsel to the Debtor*

<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Application, or if you want the Court to consider your views on the Application, then on or before **December 4, 2024**, you or your attorney must file with the Court a written objection to the Application, together with the proposed order required by Local Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. You may append affidavits and documents in support of your objection.

If you mail your objection to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

You must also mail a copy of your objection to: Kristen E. Burgers, Esquire, Hirschler Fleischer, PC, 1676 International Drive, Suite 1350, Tysons, Virginia 22102, bankruptcy counsel for Debtors.

A hearing will be held on the Application at 10:00 a.m. on December 11, 2024, by Zoom or in person. For Zoom information, please contact Aimee Mathewes, Courtroom Deputy, at Gunn_hearings@dcb.uscourts.gov.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS BY THE DEADLINE REFERENCED ABOVE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE APPLICATION AND MAY ENTER AN ORDER GRANTING THE RELIEF REQUESTED IN THE APPLICATION. THE COURT MAY GRANT THE APPLICATION WITHOUT A HEARING IF THE OBJECTION FILED

- 3 -

STATES INADEQUATE GROUNDS FOR DENIAL OF THE RELIEF SOUGHT IN THE APPLICATION.

Parties in interest with questions may contact the undersigned.

Dated:  November 14, 2024                                      Respectfully submitted,

*/s/ Kristen E. Burgers*
Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Phone:  (703) 584-8900
Facsimile:  (703) 584-8901
Email:  sleach@hirschlerlaw.com
             kburgers@hirschlerlaw.com

*Counsel to the Debtor*

17863598.1  048848.00001