The order below is hereby signed.

Signed: December 11 2024



_____
Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| 315 WEST REAR ST LLC, | ) | Case No. 23-00299-ELG |
| | ) | (Chapter 11) |
| Debtor. | ) | |
| | ) | |

### ORDER GRANTING FIRST INTERIM APPLICATION
### OF HIRSCHLER FLEISCHER AS BANKRUPTCY COUNSEL TO THE DEBTOR FOR
### ALLOWANCE AND AUTHORIZATION OF PAYMENT OF COMPENSATION
### AND REIMBURSEMENT OF EXPENSES

UPON CONSIDERATION of the first interim application (the "**Application**") of

Hirschler Fleischer ("**HF**") for allowance and authorization of payment of compensation and

reimbursement of expenses on an interim basis for services provided as bankruptcy counsel to

_____

Kristen E. Burgers (D.C. Bar No. 500674)
Stephen E. Leach (D.C. Bar No. 925735)
HIRSCHLER FLEISCHER P.C.
1676 International Drive, Suite 1350
Tysons, Virginia  22102
Telephone:     (703) 584-8900
fax:              (703) 584-8901
Email:          sleach@hirschlerlaw.com
                  kburgers@hirschlerlaw.com

*Counsel to the Debtor*

315 West REAR St LLC, the debtor in possession (the "**Debtor**"), as set forth in the Application; and due and proper notice of the Application having been provided; and the Court finding that no other or further notice need be provided; and it appearing to the Court, for the reasons stated in the Application, that the Application is proper and that the requested compensation should be allowed; and no objections having been filed; and a hearing having been held on December 11, 2024; and after due deliberation and finding good cause, it is, by the United States Bankruptcy Court for the District of Columbia:

ORDERED, that the Application is approved; and it is further

ORDERED, that legal fees of HF, as counsel for the Debtor, in the amount of $18,773.00, pursuant to the Application should be, and the same hereby are, ALLOWED AND APPROVED, on an interim basis as an administrative expense of the estate, said amounts being allowed compensation for services rendered for the period from October 17, 2023 through October 31, 2024; and it is further

ORDERED, that reimbursement of HF's reasonable, necessary expenses in the amount of $64.00 are hereby ALLOWED AND APPROVED, on an interim basis, as an administrative expense of the estate, said amount being the reasonable, necessary expenses incurred by HF incident to its representation of the Debtor for the period from October 17, 2023 through October 31, 2024; and it is further

ORDERED, that HF is authorized to apply the pre-petition retainer it is holding in the amount of $6,614.00 to such allowed and approved compensation and expenses; and it is further

ORDERED, that the Debtor is hereby authorized to pay the fees and expenses allowed and approved herein as a chapter 11 administrative expense of the estate.

WE ASK FOR THIS:

*/s/ Kristen E. Burgers*
Stephen E. Leach, Esq.
Kristen E. Burgers, Esq.
HIRSCHLER FLEISCHER
1676 International Drive, Suite 1350
Tysons, Virginia 22102

SEEN AND NO OBJECTION:

*/s/ Sara Kathryn Jackson*
Sara Kathryn Jackson
Office of the United States Trustee
115 S. Union Street, Room 210
Alexandria, Virginia 22314

Copies to:

Stephen E. Leach, Esq.
Kristen E. Burgers, Esq.
HIRSCHLER FLEISCHER
1676 International Drive, Suite 1350
Tysons, Virginia 22102

Sara Kathryn Mayson
Office of the United States Trustee
115 S. Union Street, Room 210
Alexandria, Virginia 22314

All attorneys who have entered an appearance and who are registered e-filers

All entities on the Court's mailing list

**END OF ORDER**

10071384.1 042785.00001