The order below is hereby signed.

Signed: March 19 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                    )          Case No. 23-299-ELG
                                          )          (Chapter 11)
315 WEST REAR ST LLC                      )
                                          )
        Debtor.                           )

### ORDER GRANTING ORAL MOTION TO SHORTEN TIME

Upon consideration of an oral motion made in open court on March 19, 2025 and the colloquy following thereafter, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that a hearing shall be held on the Motion (i) to Determine Plan Provides Adequate Information; (ii) Shorten Time to Object to—and Vote on—Plan of Reorganization; and (iii) to Hold Confirmation Hearing (the "Underlying Motion," as found at DE #97) on Wednesday, March 26, 2025 at 10:00 am prevailing eastern time, via hybrid means, with parties wishing to participate via Zoom being able to obtain credentials by making a request via e-mail to Gunn_Hearings@dcb.uscourts.gov; and it is further

ORDERED, that any opposition to the Underlying Motion will be considered at the above-scheduled hearing, without the need for written oppositions or objections to be first docketed.

1

I ask for this:

<u>/s/ Maurice B. VerStandig</u>
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*