The order below is hereby signed.

Signed: March 26 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-299-ELG |
| | ) | (Chapter 11) |
| 315 WEST REAR ST LLC | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING MOTION (I) TO DETERMINE PLAN PROVIDES ADEQUATE INFORMATION; (II) SHORTEN TIME TO OBJECT TO—AND VOTE ON—PLAN OF REORGANZIATION; AND (III) TO HOLD CONFIRMATION HEARING**

Upon consideration of the Motion (i) to Determine Plan Provides Adequate Information; (ii) Shorten Time to Object to—and Vote on—Plan of Reorganization; and (iii) to Hold Confirmation Hearing (the "Motion," as found at DE #97) and the related proposed plan of reorganization (the "Plan," as found at DE #96), the lack of opposition to the Motion, governing law, the record herein, and arguments adduced at a hearing on the Motion on March 26, 2025, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

FOUND, the Plan contains adequate information such that a disclosure statement need not be filed, pursuant to the allowances of Section 1125(f)(1) of Title 11 of the United States Code; and it is further

ORDERED, that WCP Fund I LLC ("WCP") shall cause a copy of the Plan, alongside a copy of this order, to be served on all parties on the mailing matrix in this case, via US Mail, postage prepaid, not later than the second business day following entry of this order, except service by US Mail shall not be required to be made upon (i) this Honorable Court; (ii) the United States Trustee; (iii) counsel for the debtor; (iv) WCP; and/or (v) counsel for WCP; and it is further

ORDERED, that the deadline for any party in interest to object to confirmation of the Plan shall be April 9, 2025; and it is further

ORDERED, that a hearing on confirmation of the Plan shall be held, via hybrid hearing, on April 16, 2025 at 12:00 pm prevailing eastern time or as soon thereafter as the cause may be called.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*