IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-299-ELG |
| | ) | (Chapter 11) |
| 315 WEST REAR ST LLC | ) | |
| | ) | |
| Debtor. | ) | |

# **DECLARATION OF DANIEL HUERTAS IN FAVOR OF CONFIRMATION**

1. My name is Daniel Huertas, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2. I am the principal of WCP Fund I LLC ("WCP"), the plan proponent in the above-referenced case.

3. In my capacity as principal of WCP, I am familiar with the provisions of the plan of reorganization (the "Plan," as found at DE #96) in this case.

4. Upon consultation with counsel for WCP, I believe the Plan is compliant with the provisions of Title 11 of the United States Code (the "Bankruptcy Code").

5. Upon consultation with counsel for WCP, I believe WCP is in compliance with the Bankruptcy Code.

6. I believe that efforts to confirm the Plan are rooted in a good faith belief the Plan represents the optimal means of seeing to the payments of the claims of creditors, while also preserving the best interests of the Debtor's equity interests.

7. Upon consultation with counsel for WCP, I do not understand any governmental regulatory commission to have jurisdiction over the rates charged by the Debtor.

8. WCP, as the sole member of Class 1 under the Plan, supports confirmation.

9. The only other plan class is unimpaired.

1

10. Upon consultation with counsel for WCP, I believe the Plan provides for the payment of administrative expense obligations in accord with the Bankruptcy Code.

11. The Plan provides for the payment of all tax claims.

12. The Plan is one of liquidation.

13. To the best of my knowledge, the Debtor has never had any employees and, as such, is not obligated to furnish any retiree benefits.

14. Insofar as the Debtor is not a natural person, it is my good faith belief that the Debtor is not obligated to pay any child support or alimony.

15. Upon consultation with counsel for WCP, it is my good faith belief that all transfers to be effectuated under the plan will be so effectuated in accord with governing law.

16. Further declarant sayeth naught.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On  4/15/2025

Signed by:
*Daniel Huertas*
5DB7DC369DB344C...
Daniel Huertas