The order below is hereby signed.

Signed: September 29 2025

Elizabeth L. Gunn
U.S. Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| In re: | ) | Case No. 23-299-ELG |
|---|---|---|
|  | ) | (Chapter 11) |
| 315 WEST REAR ST LLC | ) |  |
|  | ) |  |
| Debtor. | ) |  |

**ORDER APPROVING DISCLOSURE STATEMENT
AND CONFIRMING PLAN OF REORGANIZATION**

Upon consideration of the plan of reorganization (the "Plan," as found at DE #96) filed by WCP Fund I LLC ("WCP"), the declaration in support of confirmation thereof (DE #109), the summary of ballots thereupon (DE #108), the lack of opposition to confirmation, evidence adduced at a hearing on April 16, 2025, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Plan be, and hereby is, CONFIRMED; and it is further

ORDERED, that 315 West Rear St LLC (the "Debtor") and WCP shall take all actions necessary to implement the provisions of the Plan, including the transfer of real estate provided for in Section 4.1 thereof, the transfer of separate real estate provided for in a related plan and further provided for in Section 4.2 of the Plan in this case, and the transfer of monies also provided for in Section 4.2 of the Plan in this case.

I ask for this:

<u>/s/ Maurice B. VerStandig</u>
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP*

Seen and Agreed:

<u>/s/ Kristen E. Burgers (signed w/ express permission)</u>
Kristen E. Burgers, Esq.
Hirschler
1676 International Drive, Suite 1350
Tysons, VA 22102-4940
Phone: 703.584.8900
Facsimile: 703.584.8901
KBurgers@hirschlerlaw.com
*Counsel for the Debtor*