**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | |
| **315 West Rear St LLC,** | **Case No. 23-00299-ELG** |
| **Debtor.** | **Chapter 11** |

**NOTICE OF MOTION TO DISMISS CHAPTER 11 CASE
AND HEARING AND DEADLINE TO OBJECT**

**NOTICE IS HEREBY GIVEN** that the Acting United States Trustee has filed a motion to dismiss chapter 11 case ("Motion").

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

**NOTICE OF DEADLINE TO OBJECT.** If you do not want the court to grant the Motion or if you would like the court to consider your views, then pursuant to Local Bankruptcy Rule 9013-1, on or before **July 29, 2026**, you must file and serve a written objection to the motion. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

**NOTICE OF HEARING.** A hearing on the Motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for **August 5, 2026 at 1:00 p.m.** The hearing will be held in a Zoom for Government format. All participants must appear by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the Virtual Hearing Expectations.

Parties in interest with questions may contact the undersigned. If you or your attorney do not file an objection by the deadline, the court may decide that you do not oppose the relief sought and may enter an order granting the relief requested.

Office of the United States Trustee
Katharine I. Toledo
Trial Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(202) 603-5203 (Office Cell)
katharine.i.toledo@usdoj.gov

1

Dated: July 14, 2026

Matthew W. Cheney
Acting United States Trustee, Region 4

*/s/ Katharine I. Toledo*
Katharine I. Toledo, D.C. Bar No. 90027591
Trial Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(202) 603-5203 (Office Cell)
Email: katharine.i.toledo@usdoj.gov

**Certificate of Service**

I hereby certify that on July 14, 2026, I electronically filed the foregoing Notice of Hearing with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Kristen E Burgers kburgers@hirschlerlaw.com, ndysart@hirschlerlaw.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Sara Kathryn Jackson sara.kathryn.jackson@usdoj.gov, Robert.W.Ours@usdoj.gov

Katharine Toledo katharine.i.toledo@usdoj.gov, Robert.W.Ours@usdoj.gov

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email


I further certify that on July 14, 2026, a copy of the foregoing Notice was served by first class mail, postage prepaid to the Debtor and Debtor's List of Creditors who have the 20 Largest Unsecured Claims, as listed below:

| | |
|---|---|
| 315 West REAR St LLC<br>712 H Street NE #849<br>Washington, DC 20002 | PHL Trust<br>10000 SW 231st Lane<br>Miami, FL 33190 |
| Thelan, Inc.<br>P.O. Box 77304<br>Washington, DC 20013 | Nuevas Ideas Utilities, LLC<br>1921 East West Highway, Apt. 204<br>Silver Spring, MD 20910 |
| EKM Law PLLC<br>2 Massachusetts Avenue, NE #76607<br>Washington, DC 20013 | Zurich in North America<br>1299 Zurich Way<br>Schaumburg, IL 60196 |
| DC Office of Tax and Revenue<br>P.O. Box 96165<br>Washington, DC 20090-6165 | Internal Revenue Service<br>Centralized Insolvency Operations<br>Post Office Box 7346<br>Philadelphia, PA 19101 |

*/s/ Robert W. Ours*
Robert W. Ours
Paralegal Specialist

3